IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

PAUL MARTIN                                                                                   PLAINTIFF

VS.                                                           CAUSE NO. 2:10-cv-00159-MPM-SAA

CHRISTIE LITES FLORIDA, LLC,
a Florida limited liability company;
CHRISTIE LITES NYC, INC.,
a New York corporation;
CHRISTIE LITES SEATTLE, LLC,
a Delaware limited liability company;
CHRISTIE LITES DALLAS, INC.,
a Delaware corporation;
CHRISTIE LITES LAS VEGAS, LLC,
a Nevada limited liability company;
CHRISTIE LITES TORONTO,
a Canadian business entity;
CHRISTIE LITES OTTAWA,
a Canadian business entity;
CHRISTIE LITES VANCOUVER,
a Canadian business entity;
CHRISTIE LITES EDMONTON,
a Canadian business entity;
CHRISTIE LITES HALIFAX,
a Canadian business entity;
DISCONNECTED, INC.,
a Florida corporation; and
ESTATE OF KEVIN A. SINEX,
a deceased individual, and
TNA Entertainment, LLC,
a Delaware limited liability company                                                  DEFENDANTS

### CORPORATE DISCLOSURE STATEMENT
### OF TNA ENTERTAINMENT, LLC

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant, TNA Entertainment, LLC, states that is a wholly-owned subsidiary of Panda Energy International, Inc., a publicly traded company.

Respectfully submitted,

**TNA ENTERTAINMENT, LLC**

By: /s/Edward J. Currie, Jr.
Edward J. Currie, Jr. (MSB #5546)

OF COUNSEL:
CURRIE JOHNSON GRIFFIN GAINES & MYERS, P.A.
1044 River Oaks Drive
P. O. Box 750
Jackson, Mississippi 39205-0750
Telephone: (601) 969-1010
Facsimile: (601) 969-5120
ecurrie@curriejohnson.com

## **CERTIFICATE OF SERVICE**

I, Edward J. Currie, Jr., do hereby certify that I have this date provided the foregoing to the following:

E. Gene Thornton, III
Evans Petree, PC
1000 Ridgeway Loop Road, Suite 2
Memphis, TN 38120
gthornton@evanspetree.com
Attorney for Plaintiff Paul Martin

Wade G. Manor
Scott, Sullivan, Streetman & Fox, P.C.
725 Avignon Drive
Ridgeland, MS 39157
Attorney for Defendant Christie Lites

H. Mitchell Cowan
Laura Louis Hill
Watkins, Ludlam, Winter & Stennis, P.A.
P.O. Box 427
Jackson, MS 39205
Attorneys for Defendants Disconnected, Inc.
and Estate of Kevin A. Sinex

This the 16th day of March, 2011

/s/Edward J. Currie, Jr.
Edward J. Currie, Jr.

2