AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## NORTHERN DISTRICT OF MISSISSIPPI, DELTA DIVISION

| | |
|---|---|
| PAUL MARTIN <br> _Plaintiff_ <br> v. <br> CHRISTIE LITES FLORIDA, LLC; DISCONNECTED, INC.; <br> ESTATE OF KEVIN SINEX & TNA ENTERTAINMENT, LLC <br> _Defendant_ | Civil Action No. **2:10-CV-00159-MPM-SAA** <br><br> (If the action is pending in another district, state where: ) |

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: United States Department of Labor
Occupational Safety and Health Administration, Jackson Area Office
3780 I-55 North, Suite 210
Jackson, MS 39211

☒ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

## SEE EXHIBIT "A" ATTACHED HERETO

| Place: Currie Johnson Griffin Gaines & Myers, P.A. <br> 1044 River Oaks Drive <br> Jackson, MS 39232 | Date and Time: <br> **Wednesday, June 15, 2011, 9:00 a.m.** |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: _____

_CLERK OF COURT_

OR

_____
_Signature of Clerk or Deputy Clerk_

_____
_Attorney's signature_

The name, address, e-mail, and telephone number of the attorney representing _(name of party)_ **TNA Entertainment, LLC**, who issues or requests this subpoena, are:

Timothy D. Moore, Esq.
Currie Johnson Griffin Gaines & Myers, P.A.       E-mail - tmoore@curriejohnson.com
1044 River Oaks Dr.                                Telephone: (601) 969-1010
Jackson, Mississippi 39232

Exhibit "A"
Subpoena Duces Tecum
U.S. Department of Labor - OSHA

Any and all reports, witness statements, Citations, Notifications of Penalties, Rulings, photographs, investigator's notes, audio recordings, video recordings and any and all documents and other materials evidencing, memorializing or pertaining to any of the following: (1) OSHA Inspection No. 311417232; (2) OSHA Inspection No. 311414833; (3) Paul Martin, DOB: ███ SS# ███; (4) Disconnected, Inc.; (5) Kevin Sinex; (6) Christie Lites, LLC; (7) Crew One Productions; (8) TNA Entertainment, LLC; and/or (9) an accident that occurred on or about June 8, 2008 at the DeSoto Civic Center in Southaven, Mississippi.

```
```
Case: 2:10-cv-00159-MPM-SAA Doc #: 70 Filed: 06/01/11 3 of 3 PageID #: 411

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)* U.S. Dept. of Labor – O.S.H.A.
was received by me on *(date)* 5/31/2011.

☑ I served the subpoena by delivering a copy to the named person as follows: served O.S.H.A. rep. Jesse Baynes @ McCoy Federal Bldg. Jackson, MS.
on *(date)* 5/31/2011 ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 5/31/2011

*Server's signature*

Craig Wells / Process Server
*Printed name and title*

P.O. Box 4404 Brandon, MS - 39047
*Server's address*

Additional information regarding attempted service, etc: