IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

PAUL MARTIN     PLAINTIFF

V.     CIVIL ACTION NO.: 2:10-CV-00159-MPM-SAA

CHRISTIE LITES FLORIDA, LLC,
a Florida limited liability company;
DISCONNECTED, INC.; a Florida
corporation; ESTATE OF KEVIN A.
SINEX, a deceased individual; TNA
ENTERTAINMENT, LLC, a Delaware
limited liability company     PLAINTIFFS

### NOTICE OF SERVICE

**TO: COUNSEL ON ATTACHED CERTIFICATE OF SERVICE**

Notice is hereby given that Defendant, TNA Entertainment, LLC, has this date served in the above entitled action:

1. TNA Entertainment, LLC's Designation of Expert Witnesses.

The undersigned retains the original of the above paper as custodian thereof.

This the 16th day of June, 2011.

Respectfully submitted,

TNA ENTERTAINMENT, LLC

By: *s/ Timothy D. Moore*
Timothy D. Moore (MSB #10494)

OF COUNSEL:

Edward J. Currie, Jr. (MSB #5546)
CURRIE JOHNSON GRIFFIN GAINES & MYERS, P.A.
1044 River Oaks Drive (39232)
P. O. Box 750
Jackson, MS 39205-0750
Telephone: (601) 969-1010
Facsimile: (601) 969-5120

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing with the clerk of the Court using the ECF system which sent notification of such filing to the following:

E. Gene Thornton, III, Esq.
Evans Petree, PC
1000 Ridge way Loop Rd, Suite 200
Memphis, TN 38120
**ATTORNEYS FOR PLAINTIFF**

Wade G. Manor, Esq.
Scott Sullivan Streetman & Fox, P.C.
725 Avignon Drive
Ridgeland, MS 39157
P. O. Box 13847
Jackson, MS 39236
**ATTORNEYS FOR CHRISTIE LITES FLORIDA, LLC**

H. Mitchell Cowan, Esq.
Laura L. Hill, Esq.
Watkins Ludlam Winter & Stennis, P.A.
190 East Capitol St., Suite 800 (39201)
P. O. Box 427
Jackson, MS 39205
**ATTORNEYS FOR DISCONNECTED, INC. AND ESTATE OF KEVIN A. SINEX**

CERTIFIED this the 16th day of June, 2011.

s/ Timothy D. Moore
TIMOTHY D. MOORE